# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Clarence and Tammy Frost, individually and on behalf of all others similarly situated, | Civil Case No.: 24-CV-03863(JWB/LIB) |
| Plaintiffs, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| Crutchfield Corporation, | |
| Defendant. | |

Plaintiffs, Clarence and Tammy Frost by their undersigned counsel, hereby

dismisses the above-entitled action without prejudice, pursuant to Federal Rules of Civil

Procedure 41.01(a), without costs or fees to any party

**THRONDSET MICHENFELDER, LLC**

Dated: October 24, 2024

By: */s/Patrick W. Michenfelder*
Patrick W. Michenfelder (#024207X)
Chad A. Throndset (#0261191)
Jason D. Gustafson (#0403297)
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (763) 515-6110
Fax: (763) 226-2515
Email: pat@throndsetlaw.com
Email: chad@throndsetlaw.com
Email: jason@throndsetlaw.com
*Attorneys for Plaintiff*