**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Clarence and Tammy Frost, individually and on behalf of all others similarly situated, | Civil Case No.: 24-cv-03863(JWB/LIB) |
| Plaintiffs, | **PROPOSED ORDER** |
| v. | |
| Crutchfield Corporation, | |
| Defendant. | |

Based upon the submitted Notice of Dismissal, which has been reviewed and approved by the undersigned, it is hereby ordered that all claims between the parties be dismissed without prejudice and without costs or fees to any party.

**LET JUDGMENT OF DISMISSAL BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: _____        _____